JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TROY D. CLARK,<br><br>　　　　　Defendant | No. CV A 2:13-cv-8279<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Troy D. Clark, in the principal amount of $2,504.10 plus interest accrued to November 6, 2013, in the sum of $4,688.67; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of <u>**$7,192.77**</u>.

DATED: <u>1/21/14</u>　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　TERRY NAFISI
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court